

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00038-CV

**IN THE ESTATE OF EMILY D. PRIETO**, Deceased

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is REVERSED, and the case is REMANDED to the trial court for proceedings consistent with the opinion. It is ORDERED that Appellant Eduardo David Prieto recover his costs on appeal from Appellee Victor G. Prieto.

SIGNED August 28, 2024.

Liza A. Rodriguez, Justice